IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR167 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| SEAN BRANNEN, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Motion to Seal (Filing No. 25) requesting the Report of Defendant's Medications be placed under seal. The Court, being fully advised in the premises, finds that said Motion should be granted.

**IT IS ORDERED** that the Report of Defendant's Medications shall be placed under seal.

DATED this 14th day of September, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

1